# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TIMOTHY CAPPS,

    Plaintiff,

-vs-                                       Case No. 6:08-cv-1563-Orl-28GJK

UNI DEVELOPMENTS, INC., d/b/a UNI
Motors,

    Defendant.

## ORDER

This case is before the Court on the Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 24) filed April 17, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 20, 2009 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve the Parties' Proposed Settlement and Enter Dismissal with Prejudice (Doc. No. 24) is granted to the extent that the Court finds the parties' settlement is fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 17 day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party